# UNITED STATES DISTRICT COURT

**FILED**

for the

## Eastern District of California

**MAR 0 5 2025**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. )
)
RICHARD MALDONADO )

Case No. 1:23-PO-00085-SAB

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at:    U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Place*

2500 TULARE STREET, SUITE 1501, FRESNO, CALIFORNIA 93721

on                                    03/20/2025 at 10:00 AM

*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 3/5/25

_____
*Defendant's signature*

Date: 3/5/25

_____
*Judicial Officer's Signature*

**STANLEY A. BOONE, U. S. Magistrate Judge**

*Printed name and title*