MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICHARD MALDONADO,<br><br>　　　　　Defendant. | Case No. 1:23-po-00085-SAB<br><br>[Citations #E1762734 CA/51 & E1762733 CA/51]<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　　The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Cody S. Chapple, Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-00085-SAB [Citations #E1762734 CA/51 & E1762733 CA/51] against RICHARD MALDONADO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 19, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　By:　　/s/ *Cody S. Chapple*　　　　　　　
　　　　　　　　　　　　　　　　　　　　　CODY S. CHAPPLE
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-po-00085-SAB [Citations #E1762734 CA/51 & E1762733 CA/51] against RICHARD MALDONADO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **March 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge